DANIEL BRODERICK, Bar #89424
Federal Defender
Lexi Negin, D.C. Bar #446153
Assistant Federal Defender
801 I Street, 3rd. Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
EDWARD T. GENTRY

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>EDWARD T. GENTRY,<br>Defendant. | CASE NO. 2:07-cr-00440-MCE<br><br>STIPULATION AND ORDER TO CONTINUE STATUS HEARING AND TO EXCLUDE TIME PURSUANT TO THE SPEEDY TRIAL ACT |

This case is currently scheduled for a status hearing on December 20, 2007. The attorneys for both parties have conferred and agree that additional time is needed for defense preparation and meetings between the parties in order to resolve the case.

The parties, through their respective counsel, hereby stipulate and agree that the status conference scheduled in this case for December 20, 2007, be continued until January 24, 2008. In addition, the parties stipulate that the time period from December 20, 2007, to January 24, 2008, be excluded under the Speedy Trial Act (18 U.S.C. §3161(h)(8)(B)(iv) and Local Code T4), due to the need to provide defense counsel with the reasonable time to prepare and to conduct meetings between the parties in order to resolve the case.

A proposed order is attached and lodged separately for the court's convenience.

///

///

DATED:December 18, 2007

Respectfully submitted,

| | |
|---|---|
| McGREGOR W. SCOTT<br>United States Attorney | DANIEL BRODERICK<br>Federal Defender |
| /s/Lexi Negin for Laura Ferris<br>LAURA FERRIS<br>Assistant U.S. Attorney<br>Attorney for United States | /s/ Lexi Negin<br>LEXI NEGIN<br>Assistant Federal Defender<br>Attorney for Edward T. Gentry |

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>EDWARD T. GENTRY,<br><br>Defendant. | ) ) ) ) ) ) ) ) ) ) | CASE NO. 2:07-cr-00440-MCE<br><br>ORDER CONTINUING STATUS HEARING AND EXCLUDING TIME PURSUANT TO THE SPEEDY TRIAL ACT |

For the reasons set forth in the stipulation of the parties, filed on December 18, 2007, IT IS HEREBY ORDERED that the status conference currently scheduled for December 20, 2007, be vacated and that the case be set for Thursday, January 24, 2008 at 9:00 a.m. The Court finds that the ends of justice to be served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial. Accordingly, IT IS HEREBY ORDERED that, for the reasons stated in the parties' December 18, 2007 stipulation, the time under the Speedy Trial Act is excluded from December 20, 2007, through January 24, 2008, pursuant to 18 U.S.C. §3161(h)(8)(B)(iv) and Local Code T4, due to the need to provide defense counsel with the reasonable time to prepare and for the parties to conduct meetings in order to resolve the case.

Dated: December 18, 2007

MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE