1 | DANIEL BRODERICK, Bar #89424
Federal Defender
2 | Lexi Negin, D.C. Bar #446153
Assistant Federal Defender
3 | 801 I Street, 3rd. Floor
Sacramento, California 95814
4 | Telephone: (916) 498-5700

5 | Attorney for Defendant
EDWARD T. GENTRY

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | NO. 2:07-cr-00440-MCE |
|---|---|---|
| Plaintiff, | ) | |
| | ) | STIPULATION AND ORDER TO CONTINUE |
| v. | ) | STATUS HEARING AND TO EXCLUDE TIME |
| | ) | PURSUANT TO THE SPEEDY TRIAL ACT |
| EDWARD T. GENTRY, | ) | |
| Defendant. | ) | |

This case is currently scheduled for a status hearing on January 24, 2008. The attorneys for both parties have conferred and agree that additional time is needed for defense preparation and meetings between the parties in order to resolve the case.

The parties, through their respective counsel, hereby stipulate and agree that the status conference scheduled in this case for January 24, 200, be continued until February 28, 2008. In addition, the parties stipulate that the time period from January 24, 2008, to February 28, 2008, be excluded under the Speedy Trial Act (18 U.S.C. §3161(h)(8)(B)(iv) and Local Code T4), due to the need to provide defense counsel with the reasonable time to prepare and to conduct meetings between the parties in order to resolve the case.

A proposed order is attached and lodged separately for the court's convenience.

///

///

1

1 | DATED: January 25, 2008

2

3

                Respectfully submitted,

4

McGREGOR W. SCOTT              DANIEL BRODERICK
5 | United States Attorney                Federal Defender

6

7 | /s/Lexi Negin for Laura Ferris          /s/ Lexi Negin
LAURA FERRIS                      LEXI NEGIN
8 | Assistant U.S. Attorney              Assistant Federal Defender
Attorney for United States           Attorney for Edward T. Gentry

2

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CASE NO. 2:07-cr-00440-MCE |
| Plaintiff, ) | |
| v. ) | ORDER CONTINUING STATUS HEARING AND EXCLUDING TIME PURSUANT TO THE SPEEDY TRIAL ACT |
| EDWARD T. GENTRY, ) | |
| Defendant. ) | |

   For the reasons set forth in the stipulation of the parties, filed on January 25, 2008, IT IS HEREBY ORDERED that the status conference currently scheduled for January 24, 2008, be vacated and that the case be set for Thursday, February 28, 2008 at 9:00 a.m.  The Court finds that the ends of justice to be served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial.  Accordingly, IT IS HEREBY ORDERED that, for the reasons stated in the parties' January 25, 2008 stipulation, the time under the Speedy Trial Act is excluded from January 24, 2008, through February 28, 2008, pursuant to 18 U.S.C. §3161(h)(8)(B)(iv) and Local Code T4, due to the need to provide defense counsel with the reasonable time to prepare and for the parties to conduct meetings in order to resolve the case.

 Dated:  January 25, 2008

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE

3