DANIEL BRODERICK, Bar #89424
Federal Defender
Lexi Negin, D.C. Bar #446153
Assistant Federal Defender
801 I Street, 3rd. Floor
Sacramento, California  95814
Telephone: (916) 498-5700

Attorney for Defendant
EDWARD T. GENTRY

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | CASE NO. 2:07-cr-00440-MCE |
|---|---|---|
| Plaintiff, | ) | |
| | ) | STIPULATION AND ORDER TO CONTINUE |
| v. | ) | STATUS HEARING AND TO EXCLUDE TIME |
| | ) | PURSUANT TO THE SPEEDY TRIAL ACT |
| EDWARD T. GENTRY, | ) | |
| Defendant. | ) | |

This case is currently scheduled for a status hearing on February 28, 2008.  The attorneys for both parties have conferred and agree that additional time is needed for defense preparation and meetings between the parties in order to resolve the case.

The parties, through their respective counsel, hereby stipulate and agree that the status conference scheduled in this case for February 28, 2008, be continued until March 27, 2008.  In addition, the parties stipulate that the time period from February 28, 2008, to March 27, 2008, be excluded under the Speedy Trial Act (18 U.S.C. §3161(h)(8)(B)(iv) and Local Code T4), due to the need to provide defense counsel with the reasonable time to prepare and to conduct meetings between the parties in order to resolve the case.

A proposed order is attached and lodged separately for the court's convenience.

///

///

1

1  ///

4  DATED:February 29, 2008

         Respectfully submitted,

   McGREGOR W. SCOTT                          DANIEL BRODERICK
   United States Attorney                     Federal Defender


   /s/Lexi Negin for Laura Ferris              /s/ Lexi Negin
   LAURA FERRIS                                LEXI NEGIN
   Assistant U.S. Attorney                     Assistant Federal Defender
   Attorney for United States                  Attorney for Edward T. Gentry

1

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>EDWARD T. GENTRY,<br><br>　　　　　Defendant. | CASE NO. 2:07-cr-00440-MCE<br><br>ORDER CONTINUING STATUS HEARING AND EXCLUDING TIME PURSUANT TO THE SPEEDY TRIAL ACT |

　　For the reasons set forth in the stipulation of the parties, filed on February 29, 2008, IT IS HEREBY ORDERED that the status conference currently scheduled for February 28, 2008, be vacated and that the case be set for Thursday, March 27, 2008 at 9:00 a.m. The Court finds that the ends of justice to be served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial. Accordingly, IT IS HEREBY ORDERED that, for the reasons stated in the parties' February 29, 2008 stipulation, the time under the Speedy Trial Act is excluded from February 28, 2008, through March 27, 2008, pursuant to 18 U.S.C. §3161(h)(8)(B)(iv) and Local Code T4, due to the need to provide defense counsel with the reasonable time to prepare and for the parties to conduct meetings in order to resolve the case.

Dated: February 29, 2008

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE

2