DANIEL BRODERICK, Bar #89424
Federal Defender
Lexi Negin, D.C. Bar #446153
Assistant Federal Defender
801 I Street, 3rd. Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
EDWARD T. GENTRY

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. 2:07-cr-00440 MCE |
| Plaintiff, | ) ) | |
| v. | ) ) ) | STIPULATION AND ORDER TO CONTINUE STATUS HEARING AND TO EXCLUDE TIME PURSUANT TO THE SPEEDY TRIAL ACT |
| EDWARD T. GENTRY, | ) ) ) | |
| Defendant. | ) | |

This case is currently scheduled for a status hearing on March 27, 2008. The attorneys for both parties have conferred and agree that additional time is needed for defense preparation and meetings between the parties in order to resolve the case.

The parties, through their respective counsel, hereby stipulate and agree that the status conference scheduled in this case for March 27, 2008, be continued until May 8, 2008. In addition, the parties stipulate that the time period from March 27, 2008, to May 8, 2008, be excluded under the Speedy Trial Act (18 U.S.C. §3161(h)(8)(B)(iv) and Local Code T4), due to the need to provide defense counsel with the reasonable time to prepare and to conduct meetings between the parties in order to resolve the case.

A proposed order is attached and lodged separately for the court's convenience.

///

///

///

1

1
2  DATED:March 26, 2008
3
4
                    Respectfully submitted,
5
   McGREGOR W. SCOTT                      DANIEL BRODERICK
6  United States Attorney                 Federal Defender
7

8   /s/Lexi Negin for Laurel White          /s/ Lexi Negin
   LAUREL WHITE                           LEXI NEGIN
9  Assistant U.S. Attorney                Assistant Federal Defender
   Attorney for United States             Attorney for Edward T. Gentry
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28
                                    1

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CASE NO. 2:07-cr-00440-MCE |
| Plaintiff, ) | |
| v. ) | ORDER CONTINUING STATUS HEARING AND EXCLUDING TIME PURSUANT TO THE SPEEDY TRIAL ACT |
| EDWARD T. GENTRY, ) | |
| Defendant. ) | |

For the reasons set forth in the stipulation of the parties, filed on March 26, 2008, IT IS HEREBY ORDERED that the status conference currently scheduled for March 27, 2008, be vacated and that the case be set for Thursday, May 8, 2008 at 9:00 a.m. The Court finds that the ends of justice to be served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial. Accordingly, IT IS HEREBY ORDERED that, for the reasons stated in the parties' March 26, 2008 stipulation, the time under the Speedy Trial Act is excluded from March 27, 2008, through May 8, 2008, pursuant to 18 U.S.C. §3161(h)(8)(B)(iv) and Local Code T4, due to the need to provide defense counsel with the reasonable time to prepare and for the parties to conduct meetings in order to resolve the case.

Dated: March 26, 2008

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE

2